# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT N. SPANN, | Civil No. 3:18-cv-421 |
| Plaintiff | (Judge Mariani) |
| v. | |
| GENE BERDANIER, *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this 4th day of January, 2019, upon consideration of Defendants' motion (Doc. 14) for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The unopposed motion (Doc. 14) for summary judgment is **GRANTED**. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants and against Plaintiff.

2. The Clerk of Court is further directed to **CLOSE** this action.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge